PAUL J. FISHMAN
United States Attorney
LEAH A BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
Tel. 973-353-6094
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB 0321
(FLU:KS)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. _____ |
| Plaintiff, | Criminal No. 99-016 |
| v. | **ORDER FOR REMISSION OF FINE** |
| YINKA TANIMOWO, | |
| Defendant. | |

This matter having been opened to the Court by PAUL J. FISHMAN, Acting United States Attorney for the District of New Jersey (Leah A. Bynon, Assistant U.S. Attorney, appearing), and the Court having considered the Petition for Remission of Fine, and for good cause shown,

IT IS on this __12th__ day of __May__, 2010,

ORDERED, that the balance of the fine imposed on June 13, 2000, in the amount of $1,690.27 is hereby remitted.

_Katharine S. Hayden_
UNITED STATES DISTRICT JUDGE